# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**195**
**KA 11-02524**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, VALENTINO, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                          ORDER

ERIC BROWNLEE, DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JAMES ECKERT OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (NANCY GILLIGAN OF COUNSEL), FOR RESPONDENT.

------------------------------------------------------------------------------------------------------

Appeal from an order of the Monroe County Court (Frank P. Geraci, Jr., J.), entered October 31, 2011. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs (*see People v Iverson*, 90 AD3d 1561, 1561, *lv denied* 18 NY3d 811).

Entered:  March 15, 2013                      Frances E. Cafarell
                                              Clerk of the Court